# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEMEITRUS WAYNE PATTERSON,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:15-cv-00534-APG-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

    Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas action, petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

1  **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the
2  filing of **a new petition in a new action**.

3  **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner the
4  following: one copy of the petition submitted at Dkt. #1, two copies of an *in forma pauperis*
5  application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28
6  U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

7  **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but
8  he may not file further documents in this action.

9  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.** Reasonable
10 jurists would not find the dismissal of the improperly-commenced action without prejudice to be
11 debatable or wrong.

12 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
13 Dated: April 13, 2015.

_____
UNITED STATES DISTRICT JUDGE